FRANK FRISENDA (S.B. #85580)
FRISENDA, QUINTON & NICHOLSON
11601 Wilshire Blvd., Suite 500
Los Angeles, CA 90025
Telephone: (702) 792-3910
Facsimile: (702) 436-4176
E-Mail: frankfrisenda@aol.com
Attorneys for Plaintiff Wesley Corporation

# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY CORPORATION, a Michigan corporation,<br><br>Plaintiff,<br>vs.<br><br>SJS Commercial, LLC a Delaware Limited Liability Company, and DOES 1 thru 10 inclusive,<br><br>Defendants. | Case No. 2:17-CV-01249-JAM-GGH<br><br>FINAL CONSENT JUDGMENT AND PERMANENT INJUNCTION |

Plaintiff Wesley Corporation ("Wesley") and Defendant SJS Commercial, LLC ("SJS") hereby stipulate and jointly move for entry of final judgment as follows:

WHEREAS, Welsey and SJS entered into a Confidential Settlement Agreement ("Settlement Agreement") that disposed of all the claims in this Action; and

WHEREAS, pursuant to the Settlement Agreement, Welsey and SJS have agreed to the entry of a Final Consent Judgment and Permanent Injunction that will provide as follows:

1. That this Court has subject matter jurisdiction over this action as well as personal jurisdiction over Welsey and SJS.

2. That venue is proper in this judicial district.

3. That Wesley is the owner of U.S. Patent No 8,701, 552 "(the '552 patent").

4. That Wesley is the owner of the U.S. Trademark "STUFZ" Registration No. 4,164,154.

5. That the "STUFZ" mark is hereinafter referred to as "the trademark-in-suit". That the trademark-in-suit is valid and duly issued by the US Patent and Trademark Office.

6. That the '552 patent is hereinafter referred to as "the patent-in-suit". That the patent-in-suit is valid and duly issued by the US Patent and Trademark Office.

7. That SJS has used, manufactured, sold, offered for sale, and/or imported into the U.S. versions of SJS's "STUFZ" (hereinafter "Accused Product"), as depicted in Exhibits to the Complaint for Patent Infringement.

8. That SJS has used, manufactured, sold, offered for sale, and/or imported in the U.S. versions of the Accused Products.

9. Pursuant to the Patent Act, 35 U.S.C. § 283 and The Lanham Act, 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a) and 35 U.S.C. Sec 1 et seq, SJS together with their officers, members, directors, agents, servants, employee and affiliates thereof, representative and attorneys, and all persons acting or attempting to act in concert or participation with them, are permanently enjoined and restrained from making, using, offering to sell, selling, or distributing within the United

States, its territories and possession, or by importing into the United States, its territories and possession, the Accused Products, or any other goods that are no more than colorable variations thereof and that infringe the patents-in-suit or trademark-in-suit, during the life of the patents-in-suit or trademark-in-suit.

10. The Final Judgment shall be entered in favor of Wesley against SJS on Wesley's causes of action for infringement of the patents-in-suit and trademark-in-suit.

11. That the claims and counterclaims asserted in this litigation, be dismissed with prejudice.

12. That no other or further relief be granted to Wesley or SJS with respect to each other.

13. That Wesley and SJS affirmatively waive any and all rights to appeal this Final Consent Judgment and Permanent Injunction.

14. That each party will bear its own costs and attorneys' fees for this action.

15. That this Court retain jurisdiction to monitor and enforce compliance with the Permanent Injunction.

IT IS SO STIPULATED AND AGREED.

FRISENDA, QUINTON & NICHOLSON

By _____
Frank Frisenda
Attorneys for Plaintiff
Wesley Corporation

LAW OFFICES OF STEPHEN DAVIS

By _____
Stephen Davis
Attorney for Defendant
SJS Commercial, LLC

States, its territories and possession, or by importing into the United States, its territories and possession, the Accused Products, or any other goods that are no more than colorable variations thereof and that infringe the patents-in-suit or trademark-in-suit, during the life of the patents-in-suit or trademark-in-suit.

10. The Final Judgment shall be entered in favor of Wesley against SJS on Wesley's causes of action for infringement of the patents-in-suit and trademark-in-suit.

11. That the claims and counterclaims asserted in this litigation, be dismissed with prejudice.

12. That no other or further relief be granted to Wesley or SJS with respect to each other.

13. That Wesley and SJS affirmatively waive any and all rights to appeal this Final Consent Judgment and Permanent Injunction.

14. That each party will bear its own costs and attorneys' fees for this action.

15. That this Court retain jurisdiction to monitor and enforce compliance with the Permanent Injunction.

IT IS SO STIPULATED AND AGREED.

FRISENDA, QUINTON & NICHOLSON

By_____
Frank Frisenda
Attorneys for Plaintiff
Welsey Corporation

LAW OFFICES OF STEPHEN DAVIS

By_____ 11/6/2018
Stephen Davis
Attorney for Defendant
SJS Commercial, LLC

IT IS SO ORDERED AND DECREED, AND FINAL JUDGMENT IS HEREBY ENTERED

DATED: 11·9·2018

_____
Hon. John A. Mendez